IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHERISE MORRIS,                )
                               )
        Plaintiff,              )
                               )
    v.                          )    No. 07 C 3907
                               )    USCA No. 11-2724
SGT. SHANE GORDAN, et al.,      )
                               )
        Defendants.             )

MEMORANDUM ORDER

Based on the Joint Motion for Indicative Ruling just received from the litigants in this matter, which is currently the subject of an appeal to the Court of Appeals for the Seventh Circuit in its Case No. 11-2724, this Court enters the following order pursuant to Fed. R. Civ. P. 62.1:

    1. It confirms that it would be prepared to vacate the judgment that was previously entered pursuant to the jury verdict rendered after the trial of the case.

    2. It requests that the Court of Appeals remand the case to this District Court for the entry of such an order of vacatur.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 21, 2011